# Notice Recipients

District/Off: 0315−2    User: dpas    Date Created: 11/5/2020
Case: 20−22928−CMB    Form ID: 224    Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Lakeview Loan Servicing LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour        cmecf@chapter13trusteewdpa.com
aty         Brian Nicholas        bnicholas@kmllawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          George Gaster        138 Woodside Oldframe Rd.        Smithfield, PA 15478
cr          PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
15300939    ACAR Leasing LTD d/b/a GM Financial Leasing        P.O. Box 183853        Arlington, TX 76096
15299100    M&T Bank        P.O. Box 1288        Buffalo, NY 14240
15299432    Synchrony Bank        c/o of PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541

TOTAL: 5